# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HUTSELL., et al., <br><br> Defendants. | Case No.: 1:20-cv-00490 NONE JLT <br><br> AMENDED ORDER CLOSING THE ACTION AS TO THE MENDIBURU MAGIC FOUNDATION AGAINST CANCER <br><br> (Doc. 9) |

The plaintiff has filed a notice of dismissal without prejudice as to The Mendiburu Magic Foundation Against Cancer (Doc. 9). This defendant has not appeared in the action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to The Mendiburu Magic Foundation Against Cancer only.

IT IS SO ORDERED.

Dated: **April 23, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE