# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT HUTSELL., et al., <br><br> Defendants. | Case No.: 1:20-cv-00490 NONE JLT <br><br> AMENDED ORDER CLOSING THE ACTION AS TO D&E SUBARU FAMILY LIMITED PARTNERSHIP <br><br> (Doc. 14) |

The plaintiff has filed a notice of dismissal without prejudice as to D&E Subaru Family Limited Partnership (Doc. 14). This defendant has not appeared in the action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to D&E Subaru Family Limited Partnership only.

IT IS SO ORDERED.

Dated: __June 8, 2020__      /s/ Jennifer L. Thurston
      UNITED STATES MAGISTRATE JUDGE