# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| INTEGON NATIONAL INSURANCE COMPANY., | Case No.: 1:20-cv-00490 NONE JLT |
|---|---|
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| ROBERT HUTSELL., et al., | |
| Defendants. | |

The only non-defaulted defendant remaining in this case is Robert Hutsell. There is no showing that the plaintiff has served Mr. Hutsell and he has not appeared in the action. The Court's order setting the mandatory scheduling conference reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint, so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

Doc. 5 at 1. Therefore, the Court ORDERS:

1.  The scheduling conference is CONTINUED to August 10, 2020 at 8:30 a.m.
2.  Plaintiff SHALL file proof of service of this action no later than July 3, 2020.

///

1

The plaintiff is advised that the failure to comply with the Court's orders will result in a recommendation that the matter be dismissed.

IT IS SO ORDERED.

Dated: **June 15, 2020**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE