Patrick M. Howe (SBN 154669)
pat@patrickhowelaw.com
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Robert Hutsell, Jason May, The Mendiburu Magic Foundation Against Cancer, and D&E Suburu Family Limited Partnership,<br><br>　　　　Defendants. | Case No. 1:20−CV−00490−NONE−JLT<br><br>**Joint Stipulation to Stay of Action; Order Granting Stipulation**<br><br>**(Doc. 22)** |

## RECITALS

1. All defendants have been served with plaintiff's complaint.

2. With the exception of Robert Hutsell, all defendants have either had their default entered or been voluntarily dismissed.

3. Roberts Hutsell's response to the complaint is due on or before August 21, 2020.

2. The scheduling conference is currently set for September 21, 2020.

3. This is a declaratory relief case. At issue is whether plaintiff, the homeowner's insurer for Robert Hutsell, has a duty to defend or indemnify Mr. Hutsell against bodily injury claims by defendant Jason May in a pending California Superior Court state court action, styled *May v. Hutsell et al.*, case no. BCV-19-103615 in Kern County Superior Court. The claims in the state court action arise out of a May 11, 2019 altercation between Robert Hutsell and Jason May at a concert event in Bakersfield.

4. Robert Hutsell is also a defendant in a pending criminal case in California Superior Court, styled *People v. Hutsell*, case no. BF177517A in Kern County Superior Court. The claims in the criminal case arise out of the same May 11, 2019 altercation between Robert Hutsell and Jason May.

5. In this declaratory relief case, the parties anticipate Robert Hutsell may have to provide responses to discovery and possibly testify by way of declaration, deposition, and at trial. Mr. Hutsell intends to assert his Fifth Amendment right in connection with any such responses and testimony.

6. Given the pending criminal case and for other reasons, the parties believe this declaratory relief case should be stayed for all purposes until the criminal case has been finally resolved as against Robert Hutsell. In the event the state court action resolves before the criminal case has been finally resolved, or in the event the criminal case has been finally resolved in advance of the state court action, the

parties agree further consideration of whether the stay should remain in effect should be addressed to this court.

## STIPULATION

Accordingly, plaintiff and Robert Hutsell, through their respective counsel, hereby stipulate to a stay of this case for all purposes until the criminal case has been finally resolved as against Robert Hutsell. In the event the state court action resolves before the criminal case has been finally resolved, or in the event the criminal case has been finally resolved in advance of the state court action, the parties agree further consideration of whether the stay should remain in effect should be addressed to this court. The parties also request the court issue an order (1) imposing a stay, (2) setting a follow-up status conference, and (3) requiring Robert Hutsell file a response to the complaint within 30 days after the stay is lifted.

IT IS SO STIPULATED.

August 7, 2020          PATRICK HOWE LAW, APC

                        By: /s/ Patrick M. Howe
                        Patrick M. Howe
                        Attorney for plaintiff Integon
                        National Insurance Company

August 7, 2020          WILKINS, DROLSHAGEN & CZESHINSKI LLP

                        By: /s/ James H. Wilkins
                        James H. Wilkins
                        Attorneys for defendant Robert Hutsell

                        (Signature authorized on August 8, 2020)

# ORDER

The court has considered the above stipulation. Good cause appearing, the Court GRANTS the stipulation to stay the action and ORDERS:

1. Except for the order adopting or rejecting the findings and recommendations to grant default judgment against Jason May (Doc. 21), the court STAYS this action;

2. Within 120 days and every 120 days thereafter and within 14 days after the criminal case against Mr. Hutsell completes at the trial level, counsel SHALL file a joint report detailing the status of relevant matters and whether the stay should be lifted;

3. All pending dates are vacated.

IT IS SO ORDERED.

Dated:   **August 7, 2020**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE