UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br>　　　　　Plaintiff,<br>　　v.<br>ROBERT HUTSELL, et al.,<br>　　　　　Defendants. | Case No.: 1:20-cv-00490-NONE-JLT<br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 27) |

In response to the Court's order to show cause, the parties filed a joint status report and indicate that the pending criminal case against Mr. Hutsell still has not yet resolved. (Doc. 27 at 2.) Instead, it is set for preliminary hearing on April 27, 2021. Id. Thus, the order to show cause (Doc. 26) is DISCHARGED.

IT IS SO ORDERED.

Dated: **April 14, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE