Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Robert Hutsell, Jason May, The Mendiburu Magic Foundation Against Cancer, and D&E Suburu Family Limited Partnership,<br><br>　　　　Defendants. | Case No. 1:20−CV−00490−NONE−JLT<br><br>**Joint Request for Extension of Time to File Joint Statement re Stay of Action**<br><br>**(Doc. 31)** |

1. On August 7, 2020, the Court entered an order staying this case with respect to the causes of action against defendant Robert Hutsell based upon the pending nature of an associated criminal case against Mr. Hutsell arising out of the same loss at issue here. (Dkt. 23.)

2. The criminal case has now resolved. Robert Hutsell pled no contest to one of the charges and the others were dismissed.

3. There is no stay in effect in the civil state court action alleged in the complaint.

4. Plaintiff contends the stay in this case should be lifted.

5. Defendant Robert Hutsell contends the stay should remain in place and that the Court should set a briefing schedule and hearing on the issue.

6. On August 5, 2021, the Court issued an order directing plaintiff and defendant Robert Hutsell to file a joint statement by no later than September 3, 2021 setting forth their respective positions on whether the stay should be lifted. (Dkt 30.)

7. Counsel for plaintiff assumed (incorrectly) that counsel for defendant received the Court's order and was thus aware of the briefing schedule. On August 30, 2021, plaintiff counsel learned that defense counsel was unaware of the order because defendant has not yet filed an appearance in the case in light of the stay and therefore did receive notice of the order through the CM/ECF system. Counsel for plaintiff did not otherwise notify defense counsel because he incorrectly assumed defense counsel had received notice through the CM/ECF system.

8. Given these circumstances and the fact that counsel for defendant is set to be out of the office for vacation, plaintiff and defendant Robert Hutsell jointly request an extension of the deadline for the parties to file a joint statement until September 24, 2021.

|  |  |
|---|---|
| August 30, 2021 | PATRICK HOWE LAW, APC |
|  | By: /s/ *Patrick M. Howe* |
|  | Patrick M. Howe |
|  | Attorney for plaintiff Integon National Insurance Company |
| August 30, 2021 | WILKINS, DROLSHAGEN & CZESHINSKI LLP |
|  | By: /s/ *James H. Wilkins* |
|  | James H. Wilkins |
|  | Attorneys for defendant Robert Hutsell |
|  | (Signature authorized on August 30, 2021) |

**ORDER**

The Court has considered the above request. Good cause appearing therefore, the Court ORDERS:

1. The deadline to file the briefs re: lifting the stay (Doc. 30) SHALL be filed no later than September 24, 2021;

2. Counsel for Robert Hutsell SHALL file an appearance in this case for purposes of electronic filing/receiving the Court's orders no later than September 10, 2021.

3. The Clerk of Court is DIRECTED to serve a copy of this order on:

James Wilkins
Wilkins, Drolshagen & Czeshinski
6785 N. Willow Ave.
Fresno, CA 93710

IT IS SO ORDERED.

Dated:   **August 30, 2021**          /s/ **Jennifer L. Thurston**
                                CHIEF UNITED STATES MAGISTRATE JUDGE