**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>ROBERT HUTSELL, et al.,<br><br>             Defendants. | Case No.: 1:20-cv-00490-NONE-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 37) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 37) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than February 4, 2022**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated:   **November 5, 2021**                                   **/s/ Jennifer L. Thurston**
                                                                         CHIEF UNITED STATES MAGISTRATE JUDGE