# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY,<br>  Plaintiff,<br>v.<br>ROBERT HUTSELL, et al.,<br>  Defendants. | Case No.: 1:20-cv-00490-NONE-JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE ACTION<br>(Doc. 39) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 39). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: **December 13, 2021**           **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE